# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS K. VOLKMANN,** | : | **CIVIL ACTION NO. 1:18-CV-781** |
| Plaintiff | : | **(Chief Judge Conner)** |
| v. | : | |
| **INTERTEK YORK – BUILDING PRODUCTS & BUILDING SERVICES, d/b/a, a/k/a Architectural Testing, Inc.,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 17th day of January, 2019, upon consideration of the motions (Docs. 7, 11) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) or, alternatively, for a more definite statement under Rule 12(e) filed by defendants Hyster-Yale Group, Inc. ("Hyster") and United Glass & Panel Systems, Inc. ("United Glass"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Hyster's motion (Doc. 7) to dismiss or for a more definite statement is GRANTED in part and DENIED in part as follows:

    a. The motion is GRANTED as to Count I. Count I against Hyster is DISMISSED.

    b. The motion is DENIED in all other respects.

2. United Glass's motion (Doc. 11) to dismiss or for a more definite statement is DISMISSED as moot in light of Volkmann's voluntary dismissal, (see Doc. 46), of United Glass from the above-captioned case.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania